PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT

CASE NO. _____

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: **EDDIE LEE**

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — **RHODE ISLAND**
DISTRICT OF — Divisional Office

Address:

Name and Office of Person Furnishing Information on THIS FORM: **ROBERT CLARK CORRENTE**
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. _____

Name of Asst. U.S. Attorney (if assigned): **LEE H. VILKER**

☐ Interpreter Required   Dialect: _____

Birth Date ____—____
☒ Male  ☐ Female
☐ Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
**UNITED STATES SECRET SERVICE**

Social Security Number _____

DEFENDANT

Issue: ☐ Warrant  ☒ Summons

☐ person is awaiting trial in another Federal or State Court (give name of court)

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

Defense Counsel (if any): _____

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

Place of offense: **RHODE ISLAND** County

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 18 U.S.C. 1029(a)(2) | Use of one or more unauthorized access devices during a | ☒ Felony ☐ Misdemeanor |
| | | one year period with the intent to defraud and by such | ☐ Felony ☐ Misdemeanor |
| | | conduct obtained anything of value aggregating $1,000 | ☐ Felony ☐ Misdemeanor |
| | | or more | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |